# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06cv39

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| $9,920.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Motion for Stay. Having considered the joint motion and reviewed the pleadings, and finding that good cause exists inasmuch as proceeding forward in this matter at this time may interfere with a criminal investigation and may prejudice claimant's fifth amendment rights, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Stay (#13) is **GRANTED,** and this action is **STAYED** in accordance with 18, United States Code, Section 981, and the commencement of the time for claimant Danny Clement to file a claim, answer, or assert any other right or privilege under federal law is preserved until such stay is lifted.

Signed: January 5, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge