# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06cv39

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>Plaintiff, )<br> )<br>Vs. )<br> )<br>$9,920.00 IN UNITED STATES )<br>CURRENCY, )<br> )<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on the plaintiff's Motion to Lift Stay. Having considered the motion and reviewed the pleadings, and finding that good cause exists inasmuch as claimant has withdrawn his claim and answer and consented to lifting the stay and to forfeiture, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Lift Stay (#18) is **GRANTED,** and the **STAY** entered in this matter is **LIFTED** in accordance with 18, United States Code, Section 981.

Signed: January 16, 2008

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge